**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7232**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SANTINO LARON SYKES,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  John A. MacKenzie, Senior District Judge.  (CR-94-50, CA-96-448)

_____

Submitted:  November 26, 1996     Decided:  December 17, 1996

_____

Before ERVIN, WILKINS, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Santino Laron Sykes, Appellant Pro Se.  Janet S. Reincke, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Anti-terrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Sykes, Nos. CR-94-50; CA-96-448 (E.D. Va. July 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED